condemnation proceeding. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

DOROTHY REISKIN, Appellant, v. EVA J. LOEB and SIGMUND SCHEUER, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

RALPH STEARNS, Appellant, v. HAROLD C. PARKIN, Respondent.—.Judgment reversed upon the law and the facts, with costs, and judgment directed for plaintiff as demanded in the complaint, with costs. Findings of fact and conclusions of law reversed, and new findings and appropriate conclusions of law are directed. The correspondence constitutes a valid contract. (*No. 2 & 4 Roman Avenue, Incorporated*, v. *Goddard*, 220 App. Div. 138.) It is conceded that all of the conditions imposed by defendant were met and accepted by plaintiff as is evidenced by the letter of April 10, 1925, and defendant's letter of April 13, 1925, at which time, and for the first time, did defendant definitely withdraw the proposition of sale, although noting that plaintiff had complied with defendant's terms. At that time defendant's attempted revocation was too late to destroy plaintiff's rights. (*Fox* v. *Hawkins*, 150 App. Div. 801, 804.) *Zilmaur Realty Corporation* v. *Pinkney* (208 *App. Div.* 467), upon which the respondent relies, as did the learned Special Term, was the case of a letter which did not name the purchaser, and, moreover, showed a revocation of the offer before acceptance. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur. Settle order on notice.

ALEXANDER ULLMAN, Respondent, v. WILLIAM ZARET, Appellant. " ARTHUR " H. MILLER, etc., Defendant. (Appeal No. 1.) — Order denying motion of defendant Zaret to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ALEXANDER ULLMAN, Respondent, v. WILLIAM ZARET, Defendant. " ARTHUR " H. MILLER, etc., Appellant. (Appeal No. 2.) — Order denying motion of defendant Miller to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

VILLAGE OF GREAT NECK ESTATES, Appellant, v. BEMAK & LEHMAN, INC., etc., and Others, Respondents.— Judgment dismissing complaint reversed upon the law and the facts, with costs, and judgment directed for plaintiff, with costs. We are of opinion that the use to which the premises in question are being put by defendants is a business use and one not permitted by the Zoning Ordinance of the village. Plaintiff's Exhibit 6 is illuminative of the non-permitted use. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and appropriate conclusions of law will be made. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur. Settle order on notice. [See 128 Misc. 441.]

In the Matter of the Judicial Settlement of Account of Proceedings of ROSE M. SPINELLA, as Administratrix, etc., of EMANUEL SPINELLA, Deceased.— Motion for stay granted upon condition that within five days from the entry of the order herein appellant give an undertaking, with corporate surety, in the sum of $250 to the effect that she will pay all costs and damages which may be awarded against her upon the appeal; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

CHARLES J. BABB, Appellant, v. CLYDE E. BLACK, Respondent. NANCY ADA BLACK and Others, Defendants.— Motion for reargument denied, with ten dollars